

REID COLLINS & TSAI LLP
330 West 58th Street
Suite 403
New York, New York 10019
Main: 212.344.5200
Fax: 212.344.5299
www.reidcollins.com

Jeffrey E. Gross | Partner
Direct: 212.344.5211
jgross@reidcollins.com

December 15, 2021

**Via ECF**

Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Courtroom 960
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

    Re: AJW Offshore, Ltd., et al. (Jointly Administered), Case No. 13-70078-ast

Dear Judge Trust:

    By this letter, the Foreign Representatives confirm that on December 14, 2021, the Court adjourned the hearing of the Status Conference until **February 15, 2022 at 2:00 p.m.** in Courtroom 960, United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722. The Court has ordered that until further notice, all hearings will be conducted telephonically.[1]

    I am posting this letter on ECF to advise parties in interest of the new adjourned date.

                                   Respectfully submitted,

                                     */s/ Jeffrey E. Gross*
                                   Jeffrey E. Gross, Partner
                                   REID COLLINS & TSAI LLP

---

[1] https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.